# State of Louisiana
# Secretary of State

11/20/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

CAPITOL PREFERRED INSURANCE COMPANY, INC.
2750 CHANCELLORSVILLE DR
TALLAHASSEE, FL 32312

Suit No.: 266570
9TH JUDICIAL DISTRICT COURT
RAPIDES PARISH

JAMES LINZAY, ET AL
vs
CAPITOL PREFERRED INSURANCE COMPANY, INC.

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on: R. KYLE ARDOIN
Served by: L KLING

Date: 11/01/2019
Title: DEPUTY SHERIFF

RET/RML, TRS #1140830, KD

No: 1142441



KS

EXHIBIT "A"



# ROBIN L. HOOTER
## CLERK OF COURT ✤ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153    Fax (318) 473-4667    Civil Fax (318) 487-9361
www.rapidesclerk.org

CITATION                    NO. 266,570      A

JAMES LINZAY ET AL              || NINTH JUDICIAL DISTRICT COURT
VERSUS                          || PARISH OF RAPIDES                **SERVED ON**
CAPITOL PREFERRED INSURANCE COMPANY INC  || STATE OF LOUISIANA       **R. KYLE ARDOIN**

TO: CAPITOL PREFERRED INSURANCE COMPANY INC
    THRU AGENT LA SECRETARY OF ST 8585 ARCHIVES AVENUE                **NOV 01 2019**
    BATON ROUGE LA  70804-0000

SECRETARY OF STATE
COMMERCIAL DIVISION

YOU ARE HEREBY SUMMONED TO COMPLY WITH THE DEMAND CONTAINED IN THE PLEADING(S) FILED IN THE ABOVE ENTITLED AND NUMBERED CAUSE, A DULY CERTIFIED COPY IS ATTACHED AND TO BE SERVED, OR FILE YOUR ANSWER OR OTHER PLEADINGS IN THE OFFICE OF THE CLERK OF THE NINTH JUDICIAL DISTRICT COURT, RAPIDES PARISH, CITY OF ALEXANDRIA, WITHIN FIFTEEN(15) DAYS AFTER SERVICE HEREOF.  YOU MAY FILE YOUR WRITTEN ANSWER OR PLEADING IN PERSON OR BY MAIL. IF YOU FILE BY MAIL, THE PLEADING MUST BE RECEIVED BY THE 15TH DAY.  YOUR FAILURE TO COMPLY WILL SUBJECT YOU TO THE PENALTY OF ENTRY OF DEFAULT JUDGMENT AGAINST YOU.

WITNESS THE HONORABLES, THE JUDGES OF SAID COURT, AT ALEXANDRIA, LOUISIANA,
THIS 24TH DAY OF OCTOBER, 2019.

THE FOLLOWING PLEADINGS ARE ATTACHED FOR SERVICE: PETITION FOR DAMAGES.

                                    ROBIN L. HOOTER
                                    Clerk of Court

EUGENE A LEDET JR
4501 JACKSON ST EXT.,
ALEXANDRIA LA  71303-0000           BY _____
Filing Attorney                        Deputy Clerk of Court

              SHERIFF STAMP BELOW
              ---------------------

0243369                             805

7.

As a result of the **CAPITOL PREFERRED INSURANCE COMPANY, INC.** failure to make payment of the loss in question, plaintiffs, **JAMES LINZAY** and **JILL LINZAY**, have suffered the following, among other damages:

a. Additional physical property damage to the structure;

b. Physical ailments associated with mold and algae accumulation;

c. Loss of the ability to enjoy the use of their home;

d. Loss of property value;

e. Actual property damage;

f. Loss of the ability to refinance the home;

g. Loss of the ability to sell the home; and

h. Other losses that will be shown at the trial of this matter.

8.

Defendant, **CAPITOL PREFERRED INSURANCE COMPANY, INC.**, failed to make restitution and payment of the property damage involved after satisfactory proof of loss, and was arbitrary, capricious and without probable cause in failing to settle the property damage claim. Accordingly, plaintiffs claim they are entitled penalties from the insurer, as well as attorney fees and costs.

**WHEREFORE**, plaintiffs pray that their petition be filed and served upon defendant, ordering them to answer the allegations contained herein; that after legal delays and proceedings are complete, there be judgment in favor of plaintiffs, **JAMES LINZAY** and **JILL LINZAY**, and against defendant, **CAPITOL PREFERRED INSURANCE COMPANY, INC.**, for damages in an amount reasonable in the premises, together with legal interest from the date of this demand and for all costs of these proceedings.

Plaintiff further prays for all general and equitable relief.

*Respectfully Submitted:*

**BRIAN CAUBARREAUX & ASSOCIATES**

BY: _____
EUGENE A. LEDET, JR, #19681
BRIAN M. CAUBARREAUX, #21522
BROCK H. DUKE, #35763
LAURA B. KNOLL, #33689
2204 MacArthur Drive
Alexandria, Louisiana 71301
Telephone: (318) 442-0900
Facsimile: (318) 483-9991
*Attorneys for Plaintiffs*

**(PLEASE SEE SERVICE ISNTRUCTIONS ON NEXT PAGE)**

## SERVICE INFORMATION

1. **CAPITOL PREFERRED INSURANCE COMPANY, INC.**
   *Through its registered agent for service of process:*
   R. Kyle Ardoin, Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70804

STATE OF LOUISIANA, PARISH OF RAPIDES
I HEREBY CERTIFY THAT THE ABOVE AND FOREGOING IS
A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
AND OF RECORD IN THIS OFFICE.
IN FAITH WHEREOF, WITNESS MY HAND AND SEAL OF
OFFICE AT ALEXANDRIA, LOUISIANA, THIS ___
DAY OF _____ A.D., 20___
ROBIN L. HOOTER
BY _____
DY. CLERK OF COURT

NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES

STATE OF LOUISIANA

NUMBER: 266570  DIVISION "A"

JAMES LINZAY and JILL LINZAY

VERSUS

CAPITOL PREFERRED INSURANCE COMPANY, INC.

FILED: _____  _____
CLERK

## MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Defendant, Capitol Preferred Insurance Company, Inc. ("Defendant"), solely for the purpose of obtaining an extension of time within which to answer or respond to the Petition for Damages of Plaintiffs, James Linzay and Jill Linzay ("Plaintiffs"), and respectfully moves this Court for an extension of time of thirty (30) days within which to answer or respond to the Petition for Damages, and in support thereof shows that no extension has been previously given.

Respectfully submitted,

_____
MATTHEW D. MONSON (25186)
JONAS P. BAKER (25563)
RACHEL L. FLARITY (33131)
LAURA H. ABEL (33175)
JOSHUA H. DIERKER (35109)
JOHN D. MINEO, IV (36587)
THE MONSON LAW FIRM, LLC
900 W. Causeway Approach, Suite A
Mandeville, Louisiana 70471
Telephone:  (985) 778-0678
Facsimile:  (985) 778-0682
*Counsel for Capitol Preferred Insurance Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 26th day of November, 2019.

_____

NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES

STATE OF LOUISIANA

NUMBER: 266570 DIVISION "A"

JAMES LINZAY and JILL LINZAY

VERSUS

CAPITOL PREFERRED INSURANCE COMPANY, INC.

FILED: _____  _____
                                        CLERK

## ORDER

Considering the foregoing Motion for Extension of Time,

**IT IS ORDERED** that Defendant, Capitol Preferred Insurance Company, Inc. is hereby granted an additional thirty (30) days from the date of this Order within which to answer or otherwise plead the Petition for Damages of Plaintiffs, James Linzay and Jill Lanzay.

Alexandria, Louisiana, this _____ day of _____, 2019.

_____
**JUDGE MONIQUE F. RAULS**

## NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES

### STATE OF LOUISIANA

NUMBER: 266570                                            DIVISION "A"

### JAMES LINZAY and JILL LINZAY

### VERSUS

### CAPITOL PREFERRED INSURANCE COMPANY, INC.

FILED: _____     _____
                                                                      CLERK

### NOTICE OF FILING OF NOTICE OF REMOVAL

TO:    Honorable Monique F. Rauls
        9th JDC, Parish of Rapides
        701 Murray Street, Suite 501
        Alexandria, LA 71301

        Plaintiffs, James Linzay and Jill Linzay
        Through their counsel of record,
        Eugene A. Ledet, Jr.
        Brian Caubarreaux & Associates
        2204 MacArthur Drive
        Alexandria, LA 71301

**PLEASE TAKE NOTICE** that Capitol Preferred Insurance Company, Inc. ("CPIC") sought to be made Defendant in this matter, filed in the United States District Court for the Western District of Louisiana, a Notice of Removal of the above matter to that Honorable Court.

A copy of the Notice of Removal is hereby served upon all counsel of record and filed with the Clerk of Court for the Civil District Court for the Parish of Orleans in conformity with 28 U.S.C. §1446(d), as amended.

                                                       Respectfully submitted,

                                                       _/s/ signature_
                                                       **MATTHEW D. MONSON (25186)**
                                                       **JONAS P. BAKER (25563)**
                                                       **RACHEL L. FLARITY (33131)**
                                                       **LAURA H. ABEL (33175)**
                                                       **JOSHUA H. DIERKER (35109)**
                                                       **JOHN D. MINEO, IV (36587)**
                                                       **THE MONSON LAW FIRM, LLC**
                                                       900 W. Causeway Approach, Suite A
                                                       Mandeville, Louisiana 70471
                                                       Telephone:    (985) 778-0678
                                                       Facsimile:     (985) 778-0682
                                                       *Counsel for Capitol Preferred Insurance*
                                                       *Company, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been served on all counsel of record by email, facsimile and/or mailing a copy of same in the U.S. Mail, properly addressed and postage prepaid, this 27th day of November, 2019.

_____